UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ASUWAFO EJEDAWE,<br><br>   Plaintiff,<br><br>vs.<br><br>JOHN ASHCROFT, et al.,<br><br>   Defendants. | Case No. CV 04-9042-DSF (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for Summary Judgment, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered (1) approving and adopting this Report and Recommendation; (2) dismissing the <u>Bivens</u> claim without prejudice for failure to state a claim; (3) transferring the claim for judicial review of Plaintiff's final order of removal to the Court of Appeals for the Ninth Circuit; and (4) dismissing the due process and bail claims without prejudice to properly raising those claims by way of a habeas corpus petition pursuant to 28 U.S.C. § 2241.

DATED: 2-1-08

HONORABLE DALE S. FISCHER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge